# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# DIVISION

Tracee Lawson,
    Plaintiff

v.    Case No. 8:16 CV 403 T 17 TBM
(To be assigned by Clerk of District Court)

Joseph A. Sutton, Jay@Play, Jay At Play Int'L Hong Kong Limited and Jay Franco & Sons, Inc.,
    Defendant(s)

# COMPLAINT

I.    State the grounds or reasons for filing this case is Federal Court (i.e., breach of contract, violation of constitutional right, challenge to law/statute) (include federal statutes and/or U.S. Constitutional provisions, if you know them):

II.    Plaintiff, Tracee Lawson is a citizen of Hillsborough and is domiciled at 2423 E. Okara Rd, Tampa in the county of Florida 33612

III.    Defendant(s),

    Joseph A. Sutton, Jay@Play lives at, or its business is located at 295 fifth Avenue, Suite 312, New York, New York 10016

    Jay At Play Int'L Hong Kong Limited lives at, or its business is located at 295 Fifth Avenue, Suite 312, New York, New York 10016

    Jay Franco & Sons, Inc. lives at, or its business is located at 295 Fifth Ave, Suite 312, New York, New York 10016

IV.    Venue

    Where did the events giving rise to this claim take place? Las Vegas Nevada

V.    Statement of Facts (State as briefly and clearly as possible the facts of your case. Describe how each defendant is involved and what each defendant personally did or failed to do, which resulted in harm to you. Include the names of other people involved along with dates and places. Take time to organize your statement. Each fact should be a separate sentence,

TBA-3507
$400

and each sentence should be consecutively numbered. Please make each sentence a separate numbered paragraph.)

VI. Statement of claim (In separately numbered sentences or counts, please state each claim you are making. For example, breach of contract, violation of the Constitutional rights, or violation of statute. For each claim, list each defendant that the claim is against. Describe specifically the wrongful conduct, action, or failure to act. Be as specific as possible. Take time to organize your statement. It is not necessary to make legal arguments, or to cite cases or statutes. You may use additional paper if necessary):

    1. PLEASE SEE VI. STATEMENT OF CLAIMS ADDITITIONAL SHEETS.

VII. Relief: State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

PLEASE SEE VII. LEGAL ARGUMENT ADDITIONAL SHEETS

VIII. Money damages:

Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?  yes

PLEASE SEE VIII. DAMAGES ADDITIONAL SHEET

IX. Jury Trial Demand

Are you seeking a jury trial in this case?  false

X. Additional Information: Attachments

WILL DO SO AT THE HEARING

_____      02-19-2016
Signature of Plaintiff      Date
2423 E. Okara Rd
727-643-5620
tracee.lawson@yahoo.com

## V. STATEMENTS OF FACTS

I, Tracee Lawson of Phine Phit Phashion and Joseph Sutton, Mgr and Director of Jay@Play a subsidiary of Jay Franco & Sons, Inc. are members of Licensing International Merchandising Association (LIMA). See Exhibit (A) A 2 pages

1. LIMA is an International platform to bring Lincensee and Licencors together to conduct business and make deals.
2. On June 18 – 20 of 2013 Tracee Lawson of Phine Phit Phashion Exhibited at LIMA Trade Show at Booth K33 in Las Vegas Nevada at Mandalay Bay Convention Center. See Exhibit (B) B
3. Tracee Lawson assistance Larry Lawson, Erika Charles, Michelle Thompson, and Ronnie Buggs manned Phine Phit Phashion Booth K33, while Tracee Lawson, Owner of Intellectual Properties displayed at Booth K33 attended classes held during LIMA trade show will serve as witnesses. See exhibit (C) C
4. During the course of LIMA Trade Show of June 18-20 of 2013, Tracee Lawson Assistance created a sign in sheet for those who showed the least amount of interest to the greatest amount of interest by placing stars by the names of those who visited Booth K33. See Exhibit (D) D
5. Joseph Sutton Manager, of Jay@Play a subsidiary of Jay Franco & Sons, Inc. a LIMA member was highly interested and indicated that to the assistance who is serving as witnesses that Tracee Lawson Intellectual Property A Combined Inner Lining Carrying Bag and Hood Bag Jacket Patented D737570 aka Trade Name as "Jacket Pack-it" was a perfect match for his company.
6. Joseph Sutton of Jay@Play a subsidiary of Jay Franco & Sons, Inc. a LIMA member revisited Tracee Lawson of Phine Phit Phashion Booth K33 to speak with Tracee Lawson the owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name Jacket Pack-it as displayed at the LIMA International Trade Show.
7. Joseph Sutton of Jay@Play a subsidiary of Jay Franco & Sons, Inc. a LIMA member spoke with Tracee Lawson the Owner of Intellectual property Jacket Pack-it, and expressed interest and stated that the jacket pack it would make a perfect match for his company, and also indicated that he is the one who air the onezies animal head Pajamas on infra-commercial , I in turn excitedly informed him that Shark Tank got back with me about my Jacket Pack it and is interested, had me do a video submission, Joseph Sutton of Jay@Play mention that he watches Shark Tank on Hula.
8. Joseph Sutton a subsidiary of Jay Franco & Sons, Inc. a LIMA member was so interested in Tracee Lawson the owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name Jacket

Pack-it that Joseph Sutton touched it, analyzed it, asked questions about the design and pricing and again expressed how the Jacket Pack-it would be a perfect match for Jay@Play.

9. Tracee Lawson of Phine Phit Phashion a LIMA member, the owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name Jacket Pack-it, explained that she sew to order and that prices vary according to customers need.

10. Tracee Lawson of Phine Phit Phashion a LIMA member quoted a varying price for kids Jacket pack-it of $35 to $65 and Joseph Sutton of Jay@play a subsidiary of Jay Franco & Sons, Inc. a LIMA member stated that was to high and stated that $19.99 is a good price. However, Notice the prices that Joseph Sutton of Jay@Play a subsidiary of Jay Franco & Sons a LIMA member is selling it for. See exhibit (E) E 2 pages

11. Upon returning home to Tampa Florida from Las Vegas Nevada, Tracee Lawson of Phine Phit Phashion a LIMA member called Joseph Sutton of Jay@Play a subsidiary of Jay & Franco Sons, Inc. a LIMA member to discuss a business deal, Joseph Sutton again asked about numbers, Tracee Lawson expressed again that she sew to order, and Joseph said can he call Tracee Lawson back and she replied yes, but never heard from him again.

12. On February 3, 2016, Tracee Lawson of Phine Phit Phashion a LIMA member while waiting to see Dr. Gerard Boutin decided to watch her video of her designs on you tube, and to Tracee Lawson surprise she discovered a you tube video of Jacket Pack it Pets of Jay@Play Play a subsidiary of Jay & Franco Sons, Inc. a LIMA member. See Exhibit (F) F

13. Upon discovering on February 3, 2016 you tube video, Tracee Lawson was furious and felt as if someone had ripped her heart out and expressed her feelings to Dr. Boutin.

14. On February 3, 2016 upon arriving home from Dr. Boutin, office Tracee Lawson discovered more websites and marketing of Jacket Pack it Pets. See exhibit (G) G

15. On February 3, 2016 Tracee Lawson of Phine Phit Phashion a LIMA member checked her 2013 records from the LIMA Trade Show to see who showed interest.

16. On February 3, 2016, Tracee Lawson the owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name Jacket Pack-it reviewed records which revealed from the LIMA Trade Show of June 2013 that Joseph Sutton of Jay@Play a subsidiary of Jay Franco & Sons, Inc. a LIMA member was on Phine Phit Phashion sign in sheet created by Tracee Lawson assistance who is serving as witnesses had 5 stars by Jay@play, along with Joseph Sutton Business card. See exhibit (H) H

17. On February 4, 2016 made a phone call to Joseph Sutton of Jay@Play a subsidiary of Jay Franco & Sons, Inc. a LIMA member was not in the office.

18. On February 4, 2016 Tracce Lawson of Phine Phit Phashion a LIMA member and owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" called Joseph Sutton of Jay@Play a subsidiary of Jay & Sons, Inc. a LIMA member on the cell phone number listed on Joseph Sutton business card, but got no answer.

19. On February 4, 2016, Tracee Lawson of Phine Phit Phashion a LIMA member decided to text Mr. Sutton and explained who she is and Mr. Joseph responded back by text with a date for the two to communicate. On Monday February 8, 2016 in the afternoon per Mr. Joseph Sutton request via text. See Exhibit (I) I

20. Upon speaking with Joseph Sutton, Tracee Lawson of Phine Phit Phashion a LIMA member, and Mr. Joseph Sutton of Jay@Play a subsidiary of Jay & Sons, Inc. a LIMA Member spoke about the conflict of interest concerning the Jacket Pack-it on Monday February 8, 2016

21. In the conversation, between Joseph Sutton of Jay@Play a subsidiary of Jay Franco & Sons, Inc. a LIMA member and Tracce Lawson of Phine Phit Phashion a LIMA member and owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" , Mrs. Tracee Lawson identified her self and prior to that Mr, Sutton said you have the wrong number, Tracee Lawson refreshed Mr. Sutton memory that he texted her back and arranged to talk on Monday, which was February the 8, 2016, and they continued the conversation. Mrs. Tracee Lawson explained the confusion of the product and mentioned their interaction at the Licensing International Merchandising Association during June 2013 and the interest he showed in the product.

22. Mr. Sutton claimed he had a license contract with a lady in Tampa, Fl, by the name Catie Mazure, which he identified the spelling through text.

23. Mrs. Tracee Lawson told Mr. Sutton she'll research Catie Mazure, but she is Tracee Lawson the lady in Tampa, Fl with that design, imagine that. See Exhibit (I)  I

24. Mrs. Tracee Lawson researched Catie Mazure and only came up with Catie Mazure on Pinterest a sight for ideas and like to be posted, which she posted like Jacket Pack it Pets. See Exhibit (J) J

## VI. STATEMENT OF CLAIM

1. <u>Infringement and Confusion.</u> Mr. Joseph Sutton of Jay@Play a subsidiary of Jay & Sons, Inc. a LIMA member has infringed upon TraceeLawson of Phine Phit Phashion, owner of Intellectual property aka " Jacket Pack-it" Patented design property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" . Henceforth, by using the same name and design and functionality, and description of same type product, although listed as a toy used in same manner, and after showing extreme interest in Tracee Lawson, Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" Trade show in Las Vegas of June 2013, turned right around and knocked off Tracc Lawson Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it". See Exhibit (K) K 2 pages

2. <u>Intent.</u> Mr. Joseph Sutton of Jay & Sons, Inc. a LIMA member and Tracee Lawson of Phine Phit Phashion, owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" did exchange business cards and Tracee Lawson of Phine Phit Phasion has websites listed to view designs by Tracee Lawson of the Jacket Packet-it, and Joseph Sutton of Jay@Play a subsidiary of Jay & Sons, Inc. a LIMA member was fully aware of Tracee Lawson's IP, Jacket Pack-it use in commerce, and still used his power and position as a hostile takeover of Tracee Lawson's intellectual property , Jacket pack-it by running a "Competition for Jacket Pack It Pet includes Fisher Price, Hasbro Toys and Spin Master Workshop"register Jacket pack it pet as a toy, on a product that he does not own or have rights to do so, as well as running 51 commercials on and selling through ToysRus, and Warehouse . See Exhibits (L) L 2 pages

3. <u>Unfair Competition/Unfair Trade Practices.</u> Both Mr. Joseph Sutton of Jay & Sons, Inc. a LIMA member and Tracee Lawson of Phine Phit Phasion are members of LIMA which presents a conflict of interest considering that Tracee Lawson is the owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" Design and have first use in commerce and First use in advertising in entering online video submissions and LIMA trade show. However, Mr. Joseph Sutton is using his experience of the industry in an unethical way by his power, finances and position as a source of advertising which is smothering Tracee Lawson of Phine Phit Phashion a LIMA member owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" a newcomer and /or peon in the Licensing industry from getting into the trade of Licensing out Intellectual Properties.

4. <u>Unfair Competition.</u> Tracee Lawson has been marketing the Jacket Pack-it long before 2013 and continues to market the jacket pack-it at present, because of Mr. Joseph Sutton of Jay@play a subsidiary of Jay & Sons, Inc. a LIMA member is and will continue to hinder any deals that Tracee Lawson of Phine Phit Phashion, owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" by using the same name and design and functionality, is a hindrance for applying within the Licensing International Merchandising Association and any online submission. Jay@Play a subsidiary of Jay & Sons, Inc. a LIMA member is illegally having competitions of who can make the best Jacket Pack-it and receiving a deal with "Competition for Jacket Pack It Pet includes Fisher Price, Hasbro Toys and Spin Master Workshop" which closes the door for Tracee Lawson's of Phine Phit Phashions A LIMA member, the original owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" deals and or video submissions. See Exhibit (M) M

5. <u>Copyright.</u> Tracee Lawson Jacket Pack it has been using the Trade name jacket pack-it on Tracee Lawson website www.PhinePhitPhashions.com and under www.TraceeCharlesCollection.com and has been and still continues to be used at trade shows, however, long before Mr. Joseph Sutton of Jay@Play a subsidiary of Jay & Sons, Inc. a LIMA member thought about using Jacket Packet It as a trade name as can be seen under Jay@Play a subsidiary of Jay Franco & Sons, Inc a LIMA member abandoned patent Jacket Pack it Pet Toy as of February 1, 2016, which shows the date of the initial filing date. See Exhibit (M. 3 pages

6. The actions of Mr. Joseph Sutton of Jay@play a subsidiary of Jay & Sons, Inc. a LIMA member go against Licensing International Merchandising Association Mission and Principles. See Exhibit (O) O

## VII. RELIEF

1. $250,000 in addition to letters sent out to all LIMA members as well as notifying Fisher Price, Hasbro Toys and Games, spin motors and build a bear that Jacket Pack it is a knock off from the Original Jacket Pack it by Tracee Lawon of Phine Phit Phashion a LIMA member, owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" as displayed at June 18-20, 2013 LIMA Trade Show in order to clear up confusion.
2. OR $150,000 Plus production of kids Jacket Pack it with a license agreement of 10% royalties of sales and recognition of original design as evidence clearly show that Jay@Play a subsidiary of Jay Franco & Sons a LIMA member was very much interested, they used the same name, concept and produced and aired a counterfeit jacket Pack-it.

## VIII. MONEY DAMAGES

1. Present and Future lose of Licensing contracts within the Community of Licensing International Merchandising Association because of confusion, infringement and unfair competition of Jay@play misrepresenting original ownership to actual owner of the Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" which belongs to Tracee Lawson of Phine Phit Phashion a LIMA member, Also, by means of Jay@play experience in the industry he is practicing steering by means of online competition, and Jay@Play by means of being a larger entity vs Phine Phit Phashion a smaller entity is engaging in a hostile takeover of Tracee Lawson Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it"
2. Online unfair trade practices, by use of deception through listing competitions for the creation of Jacket pack-its which confuses who is the original owner and diminishes the aesthetic, variety of uses and demographics of its original intended purposes, and it hinder Tracee Lawson of Phine Phit Phashions the owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it" from submitting online submission for inventors casting calls which create a conflict of interest for making partnership agreements and investors investing. Also defamation, indicating a lady out of Tampa Fl Catie Mazur agreed upon a licensing contract with him, which could confuse other LIMA members that it's Tracee Lawson of Tampa Fl, the owner of Intellectual property "Combined Inner Lining Carrying Bag and Hood Bag Jacket" Patented D737570 aka trade name "Jacket Pack-it."