**Subject:** Jay franco, jay@p lima

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Friday, February 19, 2016 12:00 PM



Sent from Yahoo Mail on Android

## Attachments

- 20160219_115914.jpg (2.10MB)

**Subject:** Lima mem ph3

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Friday, February 19, 2016 11:52 AM



Sent from Yahoo Mail on Android

## Attachments

- 20160219_115059.jpg (3.52MB)

EXHIBIT B









Exhibit D

Jeff Hunter: DreamWorks Hunter Productions Call ASAP

~~Reebok~~

* ** ~~Nike~~ Nacim pres 7,000 / works w/ Target and walmart + (way nt rested) wanted to know if you were licensed etc etc call him.

D) Simply Whu looking for manufacturer to make backpacks

* Terrence Howett - works w/ tv companies makes apes (info commercials) help sell products

* Sketchers

* Project MI/MNt (sells product directly to retail)

**** Jay @ Play = name "Joe" in commercials

***** harry contact Damien (fubu)

*** Karen - Attorney (Clearwater)

**** Jean from France

Masha friend came by 3 said shes also a fashion photographer and if ~~she an hats~~ a shoot or need her to take pics she can do that.



EXHIBIT E  2 of 2





Saved from
**youtube.com**

VISIT

Photo
**The As Seen On TV Blog on youtube**

http://asseenontvblog.net/index.php/as-seen-on-tv-jacket-packit-pets-review/ If you liked JAnimals, then you'll love Jacket Pack it Pets! This time the stuffed animal turns into a hoodie! As always, click the link below for the commercial and our review: http://asseenontvblog.net/index.php/as-seen-on-tv-jacket-packit-pets-review/ #review #janimals #jacket #jacketpackitpets #video #lol #weird

**Catie Mazur**

**Saved to Kid Ideas**

Add a comment

Pin it

Exhibit G



Sent from Yahoo Mail on Android

Exhibit H

※ ※ Jeff Hunter DreamWORKS ※ ※
Hunter Productions   call ASAP

※ Hunter

※※ ※Karim pres ? CEO / works w/ Target
         and walmart
(Cly Ntrested)
Wanted to know if you were licensed
etc etc   call him.

b) Simply whu looking for
manufacturer to make
backpacks

※ Terrence bowett - works w/ t.v companies
   makes apes (info commercials) help sell products

※ Sketchers

※ Project MVMNt (sells product directly to retail)

※※※ ※※ Jay @ Play = name "Joe" in commercials

※※※※※ harry contact Damien (fubu)

※※※ Karen - Attorney (Clearwater)

※※※※ Jean from France

Masha friend came by & said
does also a fashion photographer
and if her also shoot or
need her to take pics she can do
that.

EXhibit I

**Subject:** Phone doc 2

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Thursday, February 18, 2016 1:38 PM



**Subject:**  Phone doc3

**From:**  Tracee Lawson (tracee.lawson@yahoo.com)

**To:**  tracee.lawson@yahoo.com;

**Date:**  Thursday, February 18, 2016 1:38 PM



**Subject:** Phone doc5

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Thursday, February 18, 2016 1:39 PM



**Subject:** Phone doc6

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Thursday, February 18, 2016 1:40 PM





Sent from Yahoo Mail on Android

## Attachments

- PART_1455808591146_IMG_20160218_100833068_HDR.jpg (653.72KB)

**Subject:** Phone doc7

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Thursday, February 18, 2016 1:41 PM





Sent from Yahoo Mail on Android

**Attachments**

- PART_1455808626167_IMG_20160218_100917272_HDR.jpg (563.96KB)

**Subject:** Phone doc8

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Thursday, February 18, 2016 1:42 PM





Sent from Yahoo Mail on Android

---

## Attachments

- PART_1455808654710_IMG_20160218_100954564_HDR.jpg (746.33KB)

**Subject:** Phone doc9

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Thursday, February 18, 2016 1:43 PM





Sent from Yahoo Mail on Android

## Attachments

- PART_1455808707852_IMG_20160218_101049439_HDR.jpg (696.04KB)

**Subject:** Phone doc10

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** tracee.lawson@yahoo.com;

**Date:** Thursday, February 18, 2016 1:44 PM





Sent from Yahoo Mail on Android

## Attachments

- PART_1455808676440_IMG_20160218_101001419_HDR.jpg (596.62KB)



Saved from             **VISIT**
**youtube**.com

Photo
The As Seen On TV Blog on youtube

http://asseenontvblog.net/index.php/as-seen-on-tv-jacket-packit-pets-review/ If you liked JAnimals, then you'll love Jacket Pack it Pets! This time the stuffed animal turns into a hoodie! As always, click the link below for the commercial and our review: http://asseenontvblog.net/index.php/as-seen-on-tv-jacket-packit-pets-review/ #review #janimals #jacket #jacketpackitpets #video #lol #weird

**Catie Mazur**

**Saved to Kid Ideas**

Add a comment

Pin it

tracee.lawson@yahoo.com
Sent from Yahoo Mail on Android

EXHIBIT K 1 OF 2







Combined inner lining
Carrying bag and
Hood Bag Jacket
PATENTED
D737570
aka "JACKET PACK-IT"



Exhibit K
2 of 2

# TO SEE THE FUNCTIONALITY OF THESE PRODUCTS VISIT BOOTH #K03

Tracee Charles Lawson owner and designer
of Phine Phit Phashions and Founder of
PH3Academy.org

Intellectual property owner of these
fine product items

WWW.TRACEECHARLESCOLLECTION.COM
WWW.PHINEPHITPHASHIONS.COM
727-643-5620



Business consumers that are
interested in discussing licensing
partnership and branding opportunities
please contact Tracee Charles at
727.643.5620 or email at:
traceecharlescollection@gmail.com



**FOLLOW ME ON:**
Tracee Charles Lawson
@Tracee Charles
tinyurl.com/tccph3

**JoXXXers®**

Multipurpose Travel Bag
Patent Pending

**Jacket-Pack-It™**



Hood Jacket Carrying Bag
Patent Pending



EXHIBIT 1 of 2

**Subject:** Fwd

**From:** 7276435620@pm.sprint.com (7276435620@pm.sprint.com);

**To:** tracee.lawson@yahoo.com;

**Date:** Wednesday, February 3, 2016 11:43 AM

Sent from my mobile.



## About this Commercial

| | |
|---|---|
| Description | Get a jacket and backpack in one with Jacket Pack it Pets. You can wear your jacket with or without the backpack, just a backpack or as a cuddly stuffed animal, the possibilities are endless |
| Advertiser | Jacket Pack it Pets |
| Phone | 1-800-714-9084 |
| Ad URL | http://www.jacketpackitpets.com |
| Mode | Active |



## People, Places & Things

Actors — Briana Roy — Add Actor

## Products

Featured Product — Jacket Pack it Pets
$29.99
plus shipping and handling

## Commercial Airing Data

### Related Commercials


The Happy Th
Spot


Stuffies TV Sp
Dear Grandma


StretchKins
Teenage Mutan
Ninja Turtles T
Spot


Flashlight Frien
TV Spot


Stuffies Holida
Savings Event
Spot - Penguin
Twister

### Related Advertisers

Hasbro Toys & Games

Spin Master

Jakks Pacific

Just Play

Stuffies

| | | | Related Products |
|---|---|---|---|
| Last Aired | Sun, Jan 11, 2015 11:24 PM ET | | Stuffies Stuffed Animals |
| Last Aired On | | | |
| Last Aired During | Bubble Guppies | | FurReal Friends Cuddles My C Monkey |
| National Airings | 51 | | Stuffies Baby Stuffies |
| | | | Stuffies Stuffies |

## Comments

Teddy Tanks Teddy Tank

**Attachments**

- IMG_203711.png (634.93KB)

EXHIBIT D



EXHIBIT

iPad 🔋                                              10:49 AM                                           67% 🔋
trademarkis.com                                                                                        ✕

**L̶ Trade**markia

+44-203-300-0125 (Europe) | **877-794-9511** (US & Canada)

Apply Online! | Attorneys | Services ▼ | FAQ | Contact Us | Log in

PATENT      TRADEMARK      DOMAIN      LOGO      INC.      SOCIAL      DISPUTE      

Trademark Search » Trademark Category » Toys and Sporting Goods Products » JACKET PACKET PET

# JACKET PACKET PET



**Trademark - Apply Online!**

🛡 100% Satisfaction Guarantee
protect your valuable brand now

How it works?      What you get?

1  Legalforce RAPC - #1 U.S.
   Trademark Filing since 2010

2  Describe how your business or
   product is being used. Register your
   mark in 100+ countries. Just $159 +
   govt fees! Start here >>

👤 Search nearby      ✅ Get FREE email alerts      📁 Get map and directions      📋 write a review

## JACKET PACKET PET

By: **JAY AT PLAY INTERNATIONAL HONG KONG LIMITED**

Stuffed and plush toys; Stuffed toy animals

Perfect for these industries

• Toys and Sporting Goods Products

Words that describe this logo

stuffed plush toys stuffed toy animals

What our customers say:

*I wasn't too sure what to
expect when taking up
services, but the
professionalism from the
site to the customer service
is the slickest I have ever experienced*

-Camryn, Surrey, UK

This is a brand page for the JACKET PACKET PET trademark by **JAY AT PLAY INTERNATIONAL HONG KONG LIMITED** in Kowloon, , . Write a review about a product or service associated with this JACKET PACKET PET trademark. Or, contact the owner JAY AT PLAY INTERNATIONAL HONG KONG LIMITED of the JACKET PACKET PET trademark by filing a request to communicate with the Legal Correspondent for licensing, use, and/or questions related to the JACKET PACKET PET trademark.

Abandonment Notice! On Monday, February 1, 2016, status on the JACKET PACKET PET trademark changed to ABANDONED - NO STATEMENT OF USE FILED. Apply Now for this name starting at $159!

CAUTION: Although federal registration for this particular filing is inactive, the mark may still enjoy common law rights, or may have been applied for again in a separate application. Further research may be warranted to determine where this mark is truly abandoned in commerce.

Status Update! On Monday, February 1, 2016, status on the JACKET PACKET PET trademark changed to ABANDONED - NO STATEMENT OF USE FILED.

On Monday, September 15, 2014, a U.S. federal trademark registration was filed for JACKET PACKET PET by JAY AT PLAY INTERNATIONAL HONG KONG LIMITED, Kowloon. The USPTO has given the JACKET PACKET PET trademark serial number of 86395320. The current federal status of this trademark filing is ABANDONED - NO STATEMENT OF USE FILED. The correspondent listed for JACKET PACKET PET is EZRA SUTTON, of LAW OFFICES. EZRA SUTTON, P.A., 900 ROUTE 9 N STE 201, WOODBRIDGE, NJ 07095-1024. The JACKET PACKET PET trademark is filed in the category of Toys and Sporting Goods Products. The description provided to the USPTO for JACKET PACKET PET is Stuffed and plush toys; Stuffed toy animals.

Current Trademark Status:

2/1/2016

**ABANDONED - NO STATEMENT OF USE FILED**

Free Trademark Search:

Search:                    🔍

Correspondent Search:

EZRA SUTTON, is a correspondent of JACKET PACKET PET trademark

Current Overall Rating:

(0 review)

What You Can Do:

Start Your Business

Chat with us!                              ⌃ ✕

Buy Clothes For
Women »                            Modest Jackets
                                                        & Winter Wear

←                                        





EXHIBIT N

| | |
|---|---|
| **Word Mark:** | **JACKET PACKET PET** |
| **Status/ Status Date:** | **ABANDONED - NO STATEMENT OF USE FILED**<br>2/1/2016<br>**Estimated Response Deadline: 4/1/2016**<br>Trademark abandoned. Revive today! |
| **Serial Number:** | 86395320 |
| **Filing Date:** | 9/15/2014 |
| **Registration Number:** | NOT AVAILABLE |
| **Registration Date:** | NOT AVAILABLE |
| **Goods and Services:** | Stuffed and plush toys; Stuffed toy animals |
| **Mark Description:** | NOT AVAILABLE |
| **Type Of Mark:** | TradeMark |
| **Published For Opposition Date:** | 5/5/2015 |
| **Last Applicant/Owner:** | JAY AT PLAY INTERNATIONAL HONG KONG LIMITED<br>Kowloon<br>Why is this contact information displayed? |
| **Mark Drawing Code:** | Standard Character Mark |
| **Design Search:** | (NO DATA) |
| **Register Type:** | Principal |
| **Disclaimer:** | ("JACKET" AND "PET") |
| **Correspondent:** | EZRA SUTTON,<br>LAW OFFICES. EZRA SUTTON, P.A.<br>900 ROUTE 9 N STE 201<br>WOODBRIDGE, NJ 07095-1024 |

**Intent to Use Trademark** - Applicant has not submitted proof of use in commerce the the USPTO

## Classification Information

| | |
|---|---|
| **Primary Class:** | Class (028) - Games and playthings; gymnastic and sporting articles not included in other classes; decorations for Christmas trees. |
| **First Use Anywhere:** | Not provided |
| **First Use In Commerce:** | Not provided |

Trademarkia is the largest search engine for U.S. trademarks. Each month hundreds of trademarks around the world are filed by licensed attorneys in the LegalForce/Trademarkia network! You can register your trademark in 100+ countries in the world through LegalForce Network.

LegalForce Network can help you incorporate a business around your JACKET PACKET PET trademark in less than 5 minutes. Trademarkia makes the process easy and convenient, so start now!

Trademarkia.com is a free search engine of publicly available government records. Trademarkia com is not a law firm and does not represent owners & correspondents listed on this page.

Trademark Document Retrieval >>

Search jacketpacketpet on popular social networks

**Keep Track of this Brand.**

**Trademark Watch Services**
Keep track of how your trademark is being used. Available in the United States and in more than 178 countries. Round-the-clock monitoring. Monthly report on potential infringement.

Watch this Trademark >>
Trademark Watch Services read more



Apply Now! Starts At: $159!

This mark may be available for re-registration. You can apply for it through LegalForce Trademarkia at a low cost of $159!

Trademarkia.com will perform a final search in order to verify that this mark is available for re-registration. All Trademarkia services are backed by a 100% satisfaction guarantee.

   
   

Trademarkia lets you see how your personal name, product name, trademark name or username is being used on any of 530+ new and popular social networks. Be the first to reserve your name and get help stopping others from using it - all in one place!

## About Us

| | |
|---|---|
| Who we are | |
| Our Team | |

## Free Trademark Search Online - Browse by

| PRODUCTS | LOGO THEMES | COMPANIES |
|---|---|---|
| Chemicals | Animals | Apple |

OTHER BROWSING

Chat with us!

EXHIBIT

3 of 3

USF
BULL
MARK



Hillsboro
County
Collobera
Entrupunue
CIR
MARK
Sharpe
Former
Hill.
Co
Commissi

EXhibit O



 (http://www.licensing.org)

About LIMA

# LIMA's Mission & Principles

## LIMA's Mission Statement

The mission of LIMA is to foster the growth and expansion of licensing. LIMA represents the interests of its membership worldwide by providing a forum for networking, serving as a source of education and information, establishing standards of ethical and professional conduct, and recognizing excellence and achievement in the industry.

LIMA works to achieve these goals by, among other activities:

- Staging educational and social events that foster industry knowledge and exchange of business information and contacts;

- Serving as public advocates for the business of licensing globally through public speeches, authoring articles and a wide range of other public relations activities;

- Developing industry numbers and other support information;

- Creating and publicizing an industry code of conduct;

- Organizing and publicizing the LIMA Licensing Industry Excellence Awards, which annually recognize high achievement within the licensing community

## LIMA's Statement of Ethical Principles

LIMA supports and encourages its members to conduct themselves in an ethical manner in the course of their business dealings involving licensing properties and licensed products.

## Laws and Regulations

A member of LIMA should respect the rights of others and should comply with all applicable local, national and international laws and regulations governing his or her business dealings.

## ✉ Fair and Honest Representation

Account Sign In

er should make fair representation as to the nature, quality and extent of the property (http://www.licensing.org/) ered for license or of the capabilities of the company seeking a license. Any statement

Menu

not supported by fact should be identified as opinion. A member should not engage in any misleading advertising or solicitation that could lead to false or exaggerated expectations as to the member's skills, experience or ability.

## Full Disclosure

A member should not represent conflicting interests in the same transaction without the knowledge and consent of all parties involved.

## Integrity and Confidentiality

A member should hold inviolate all confidences, whether written or implied.

Connect with LIMA

**LIMA** (http://www.licensing.org) **212-244-1944 ext. 113**

Contact Info
(http://www.licensing.org/contact-lima/)

Talk to Our Membership Team
(http://www.licensing.org/contact-
lima/talk-to-our-membership-team/)

Home (http://www.licensing.org/)    News (http://www.licensing.org/news/)
Events (http://www.licensing.org/events/)    LIMANET (http://www.licensing.org/limanet-info/)
Education (http://www.licensing.org/education/)    Jobs (http://www.licensing.org/jobs/)
Research (http://www.licensing.org/research/)    About (http://www.licensing.org/about/)
Join (http://www.licensing.org/join/)    Contact (http://www.licensing.org/contact-lima/)
LIMA: 350 Fifth Avenue, Suite 6410 New York, NY 10118 United States
© 2016 International Licensing Industry Merchandisers Association.
Sitemap (http://www.licensing.org/lima-sitemap/)    Privacy Policy (http://www.licensing.org/privacy-policy/)
Terms & Conditions (http://www.licensing.org/terms-conditions/)
Website by 829 Studios (http://www.829llc.com/)

JOE Business Card



monkey cnezees
"Joe"/Inf commercial







Case 8:16-cv-00403-EAK-TBM   Document 1-1   Filed 02/19/16   Page 38 of 40 PageID 46



Shark Tank 5- Casting Documents- CG#3        Wednesday, May 29, 2013 10:23 PM

"Christiane Gomez" <christygcasting@gmail.com>
tracee.lawson@yahoo.com
2 Files (369KB)

BG Form...    ST5 Serie...

## Congratulations on making it to the Personal Video Submission round for ABC's Shark Tank!

Please make sure to get back all the following materials by: **Wednesday June 5th.**

In this e-mail, you will find two documents attached:

1) ST5 Application Packet
2) ST5 Background Authorization.

**You must DOWNLOAD, PRINT, and fill out COMPLETELY both documents.** You must <u>hand write</u> the documents in black or blue ink. Do not print out double-sided and do not staple the pages. Use paperclips or binder clips. If you have any questions about any of the documents please contact me. Incomplete forms will only slow down the process and could affect your chances of getting on the show.

Within the Application Packet are instructions on how to make your 5 minute personal video submission. I just want to add that this video is **EXTREMELY IMPORTANT** in getting you onto Shark Tank. It's your **only** chance to impress everybody so make it great. Wow us! Dazzle us! Be memorable! *BE CREATIVE!* Make sure you include **<u>all the information we ask</u>** for in the instructions. Do not stand in front of a white wall and just talk about your product/business; that's boring. It's for TV so you need to **SHOW and TELL.** Make sure to show us how PASSIONATE you are about your product/business. **Be ENERGETIC, enjoy yourself, smile, and HAVE FUN!** Read everything carefully and I know you can make an amazing video!

### HOME TAPE SUBMISSION REQUIREMENTS

**\*If you are applying as part of a team of collaborators, each collaborator <u>must</u> complete and submit his/her own Application Packet; however, collaborators may appear together in a single audition video.\***

\*We will need everyone who is potentially appearing on the show with you to be in the video and fill out the paperwork.\*

<u>BE SURE TO ANSWER ALL OF THESE QUESTIONS</u>

1. What's your name, where are you from and what do you do for a living?

2. What is your business/product? Start by saying "My business is..." and then clearly describe what your business or product is exactly.

| | |
|---|---|
| **Subject:** | Make Me A Millionaire Inventor - Application & Video Submission (MC) |
| **From:** | Michael Churven (michael.ch@brightroadprods.com) |
| **To:** | tracee.lawson@yahoo.com; |
| **Date:** | Wednesday, November 11, 2015 4:02 PM |

Hi there,

Congratulations on making it to the Personal Video Submission round for *Make Me A Millionaire Inventor!*

You need to fill out our online **Application** and submit a **Video** to move forward in the casting process. We need **BOTH** the completed Application and Video by:

# WEDNESDAY NOV 18TH.

## 1. APPLICATION:

Follow the link below to fill out the online **Application**. If there are multiple people applying for the show, you **BOTH** need to complete the Application and participate in the Video Submission.

https://makemeamillionaireinventor.castingcrane.com/

## 2. VIDEO SUBMISSION:

Send us a 5-8 minute video that includes the following:

BE SURE TO ANSWER ALL OF THESE QUESTIONS

1. Fun Introduction. "Hi I'm _(first and last name)__ from _(city and state)_ and this is the _(invention)_!"

2. Regular introduction. What's your name, where are you from and what do you do for a living?

**Subject:** Make Me A Millionaire Casting 2

**From:** Tracee Lawson (tracee.lawson@yahoo.com)

**To:** inventorcasting@brightroadprods.com;

**Date:** Monday, November 2, 2015 2:14 PM

My name is Tracee Lawson and I have an amazing invention and need help, I also have a prototype but no means to manufacture, and I did get through the patent process and the Patent number is #D737570, but have not given up, at this time I sew to order. I am in need of money to market my invention and it definitely is a product that should be sitting on a store shelf.

This Product is a newly patented designed which is a combination of a hood, bag, and jacket that converts from a wearable jacket into an everyday carrying bag, which is great for everyday use such as traveling, school, the office, as well as the movies. Also some can be converted into an ornamental design. This product aka is called A Jacket Pack-it. The Jacket Pack-it covers all demographics, can be produced in every character, teams, and suitable for an array of fabrics, and most definitely a super saver. This product is a must see and have. With this product, there's no more need to carry separate items such as a carrying bag, a jacket, and a backpack all at once. This product keep one from forgetting, or leaving personal items behind. Looking forward to hearing from you, and I assure you will not regret it, and I have other patented and patent pending products. I have a passion for design and been doing so since the age of 8.

THANKS IN ADVANCE

 TRACEE LAWSON

Age 49

727-643-5620

## Attachments

- 26080004.jpg (6.32MB)
- 26080003.jpg (6.30MB)