

# SHERIFF'S AFFIDAVIT OF SERVICE
**Personal Service**

Docket # 8:16CV403T17TBM

Part Hearing Date

Sheriff's Case # 16018180

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
---------------------------------------------------------x

TRACEE E. LAWSON

PLAINTIFF(S)

VS

JOSEPH A. SUTTON, JAY@PLAY

DEFENDANT(S)
---------------------------------------------------------x

STATE OF NEW YORK}
NEW YORK COUNTY }SS:

I, **KHALILAH RAMSEY**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **5/19/2016**, at approximately **10:30 AM** at **295 5TH AVENUE SUITE 312 NEW YORK, NY 10016** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS & COMPLAINT IN A CIVIL ACTION** upon **JOSEPH A. SUTTON, JAY@PLAY**, in the following manner:

[X] **PERSONAL SERVICE**

By delivering to and leaving with, **ZAI YASIN**, a person of suitable age and discretion, who stated she was **ACCOUNTANT** to the defendant, a true copy thereof. Said address is the business of the defendant.

[X] **DESCRIPTION:**

Skin Complexion: **MEDIUM**   Sex: **FEMALE**   Approx. Age: **45**   Height: **5'5"**
Weight: **120 lbs.**          Hair Color: **BLACK**

[X] **MAILING**

On **5/19/2016** I mailed the above mentioned process (es) by first class USPS mail to the defendant at his actual place of business in an envelope bearing the legend **"PERSONAL AND CONFIDENTIAL"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant.

Dated: 5/19/2016

Notary
Sworn before me
this 19 day of May, 2016

Deborah Stuart
Notary Public State of New York
No. 01ST6082229
Qualified in Bronx County
Commission Expires 10/21/ 2018

SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO

BY: _____
KHALILAH RAMSEY
DEPUTY SHERIFF
SHIELD # 410

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 13TH FLOOR
NEW YORK, NY 10038

*RECEIVED 2016 MAY 24 AM 10:41 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA*