

# SHERIFF'S AFFIDAVIT OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

SHERIFF'S CASE # **16018197**
DOCKET/INDEX # **8:16CV403T17TBM**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

----------------------------------------------------------x

## TRACEE LAWSON

PLAINTIFF

VS

## JAY AT PLAY INT'L HONG KONG LIMITED

DEFENDANT/RESPONDENT

----------------------------------------------------------x

**STATE OF NEW YORK}**
**COUNTY OF NEW YORK} SS:**

I, **KHALILAH RAMSEY**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **5/19/2016**, at approximately **10:30 AM** at **295 5TH AVENUE SUITE 312 NEW YORK, NY 10016** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS & COMPLAINT IN A CIVIL ACTION** upon **JAY AT PLAY INT'L HONG KONG LIMITED**, in the following manner:

**[X] PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

By delivering to and leaving with, **ZAI YASIN**, a true copy thereof. Said person stated she was **ACCOUNTANT** an agent authorized to accept service of legal process.

**[X] DESCRIPTION:**

Skin Complexion: **MEDIUM**     Sex: **FEMALE**     Approx. Age:  **45**     Height: **5'5"**
Weight:**120 lbs.**     Hair Color: **BLACK**

SHERIFF OF THE CITY OF NEW YORK
**JOSEPH FUCITO**

Dated: **5/19/2016**

BY: _____
  **KHALILAH RAMSEY**
  **DEPUTY SHERIFF**
  **SHIELD # 410**

Notary
Sworn before me
this ___ day of ____ , 20__

**Deborah Stuart**
**Notary Public State of New York**
**No. 01ST6082229**
**Qualified in Bronx County**
**Commission Expires 10/21/ 2018**

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 13TH FLOOR
NEW YORK, NY 10038