

# SHERIFF'S AFFIDAVIT OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

SHERIFF'S CASE # **16018166**
DOCKET/INDEX # **8:16CV403T17TBM**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
--------------------------------------------------------x

## TRACEE LAWSON

PLAINTIFF

VS

## JAY FRANCO & SONS, INC.

DEFENDANT/RESPONDENT

--------------------------------------------------------x
**STATE OF NEW YORK}**
**COUNTY OF NEW YORK} SS:**

I, **KHALILAH RAMSEY**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **5/19/2016**, at approximately **10:30 AM** at **295 5TH AVENUE SUITE 312 NEW YORK, NY 10016** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS & COMPLAINT IN A CIVIL ACTION** upon **JAY FRANCO & SONS, INC.**, in the following manner:

## [X] PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

By delivering to and leaving with, **ZAI YASIN**, a true copy thereof. Said person stated she was **ACCOUNTANT** an agent authorized to accept service of legal process.

## [X] DESCRIPTION:

Skin Complexion: **MEDIUM**    Sex: **FEMALE**    Approx. Age: **45**    Height: **5'5"**
Weight: **120 lbs.**                  Hair Color: **BLACK**

Dated: **5/19/2016**

SHERIFF OF THE CITY OF NEW YORK
**JOSEPH FUCITO**

BY: _____
**KHALILAH RAMSEY**
**DEPUTY SHERIFF**
**SHIELD # 410**

Notary
Sworn before me
this ___ day of May , 2016

--------------------------------------------

**Deborah Stuart**
**Notary Public State of New York**
**No. 01ST6082229**
**Qualified in Bronx County**
**Commission Expires 10/21/ 2018**

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 13TH FLOOR
NEW YORK, NY 10038